


Edward Y. Kroub– Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 12, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



    Re:    *Contreras v. Glasso Group Inc.*; Case No. 1:22-cv-00299 (KPF)

Dear Judge Failla:

    We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for April 22, 2022, at 3:30 p.m. Counsel for Plaintiff's office will be closed that day in observance of Passover and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

    Thank you for your consideration in this matter.

                                 Respectfully submitted,
                                 */s/ Edward Y. Kroub*
                                 EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

---

```
Application GRANTED.  The initial pretrial conference scheduled on
April 22, 2022, is hereby ADJOURNED to May 3, 2022, at 12:00 p.m.
The Clerk of Court is directed to terminate the pending motion at
docket number 15.
```

Dated:    April 12, 2022                SO ORDERED.
           New York, New York

                                                    HON. KATHERINE POLK FAILLA
                                                    UNITED STATES DISTRICT JUDGE