UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENSY CONTRERAS, *individually, and on behalf of all others similarly situated,*<br><br>                              Plaintiff,<br><br>                -v.-<br><br>GLASSO GROUP INC.,<br><br>                              Defendant. | 22 Civ. 299 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The initial pretrial conference scheduled for May 3, 2022, is hereby ADJOURNED *sine die*. The Court understands from the parties' submissions that the parties wish to participate in alternate dispute resolution within the next 60 days. Accordingly, the Court will not endorse the parties' proposed Case Management Plan and Scheduling Order at this time. The Court will refer this case to Magistrate Judge Sarah Netburn for a settlement conference under separate cover.

    SO ORDERED.

Dated:   April 29, 2022
         New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge