UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YENSY CONTRERAS,

                         **Plaintiff,**                        22-CV-00299 (KPF)(SN)

    -against-                                    **ORDER**

GLASSO GROUP, INC.,

                         **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 28, 2022, the parties jointly proposed participating in a settlement conference within 60 days. In light of that representation, Judge Failla declined to enter a case management plan. See ECF No. 20. On May 2, 2022, the Court issued an order directing the parties to schedule a conference but they have not done so yet. Accordingly, by May 27, 2022, the parties shall contact this Court to schedule a conference as directed. If they fail to do so, the Court will recommend to Judge Failla that she set a case management schedule.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       New York, New York
                 May 23, 2022