UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, *individually, and on behalf of all others similarly situated*,

                    Plaintiff,

        -v.-

GLASSO GROUP INC.,

                    Defendant.

22 Civ. 299 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On April 29, 2022, at the parties' request, the Court referred this matter to Magistrate Judge Sarah Netburn for a settlement conference. (Dkt. #20). The Court has now been advised that the parties have rebuffed Judge Netburn's repeated efforts to schedule that conference. Accordingly, Plaintiff's opposition to Defendant's motion to dismiss shall be due on or before June 30, 2022; and Defendant's reply shall be due on or before July 14, 2022. The parties are advised that the Court does not anticipate granting any extensions.

      SO ORDERED.

Dated:  May 31, 2022
            New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge